IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Dennis Pointer, | : | |
| | : | Case No. 1:26-cv-55 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Adopting Report and |
| Nancy Frye, | : | Recommendation and Dismissing Case |
| | : | |
| Defendant. | : | |

In an Order dated June 16, 2026, this Court held that Plaintiff Dennis Pointer did not meet the standard to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). (Doc. 8.) The Court stated in relevant part as follows:

> Pointer is **ORDERED TO PAY BY JULY 6, 2026** the full $405 ($350 filing fee plus $55 administrative fee) required to commence this action. **A FAILURE TO PAY THE FULL $405 FEE BY JULY 6, 2026 WILL RESULT IN DISMISSAL OF THIS ACTION.**

(*Id.* at PageID 59 (emphasis in the original).) Pointer did not pay the required fee by July 6, 2026 or subsequently. Accordingly, Magistrate Judge Karen L. Litkovitz issued a Report and Recommendation on July 7, 2026 recommending that the Court dismiss this action for want of prosecution. (Doc. 10 at PageID 87.) Then on July 13, 2026, Pointer filed a notice that he intended to file an appeal, which the Court will treat as an objection to the Report and Recommendation. (Doc. 11.)

The Court has considered the issues raised in the Report and Recommendation and Pointer's objection *de novo* as required by 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Pointer's failure to file the required fees after the issuance of the Court's June 16, 2026 Order is cause to dismiss this action for want of prosecution. *In re Prison Litig. Reform Act*, 105 F.3d 1131, 1132 (6th Cir. 1997).

This case is **DISMISSED WITHOUT PREJUDICE**. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

BY THE COURT:

Susan J. Dlott
United States District Judge